UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

Case No. 15-CR-87 PJS/FLN

v.

ORDER

Juana Reyes-Cordova (2),

      Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 7, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress (ECF No. 45) is DENIED.


DATED: 7/24/15                                                          s/Patrick J. Schiltz
                                                                                PATRICK J. SCHILTZ
                                                                                United States District Court Judge